101 A.3d 1077

IN THE MATTER OF ADAM K. BLOCK, AN ATTORNEY AT LAW (ATTORNEY NO. 046571993).

November 20, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–026, concluding on the record certified to the

Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ADAM K. BLOCK** of **CLIFTON,** who was admitted to the bar of this State in 1993, should be censured for violating *RPC* 5.5(a) (practicing law while ineligible), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ADAM K. BLOCK** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.